**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS ANTHONY MACKEY,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | Case No. 1:26-cv-3861 JLT GSA<br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br>(Docs. 11, 12) |

Marcus Anthony Mackey and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 12.) Pursuant to the stipulation, an administrative law judge shall "reevaluate the medical opinion evidence in accordance with 20 CFR 404.1520c; further consider the claimant's alleged symptoms and limitations; reassess the residual functional capacity and the claimant's occupational base." (*Id.* at 1-2.) The parties agree the ALJ shall "further develop the record, offer the claimant an opportunity for a new hearing, and issue a new decision." (*Id.* at 2.) Finally, the parties agree that the Court shall enter judgment in favor of Plaintiff and against the Commissioner. (*Id.* at 2.)

///

Based upon the terms of the stipulation, the Court **ORDERS**:

1. Plaintiff's motion for summary judgment (Doc. 11) is terminated as **MOOT**.
2. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Marcus Anthony Mackey and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: _August 25, 2026_

UNITED STATES DISTRICT JUDGE